**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One
PO Box █0285
Salt █ City, UT 84130

Interoffice Zip 63001-0125

05-673

2. Article Number
*(Transfer from service label)*

7003 2260 0000 9336 9343

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*) — Capital One    C. Date of Delivery — AUG 10 2005

MAIL OPERATIONS

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes