IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON GRAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAPITAL ONE, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 2:05-CV673-B |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant Capital One Bank, designated in the Complaint as "Capital One" ("Capital One"), and moves this Court to continue Capital One's date to respond to Plaintiff's Complaint. In support thereof, Capital One states as follows:

1. Defendant Capital One requests an extension until September 20, 2005, to file a response to the Complaint.

2. Plaintiff does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Capital One moves the Court for an extension until September 20, 2005, to file its response to the Complaint.

Respectfully submitted, this 31st day of August, 2005.

> s/ Jason L. Holly
> JASON L. HOLLY Bar No.  0191-O8H
> RIK S. TOZZI Bar No. 7144-Z48R
> Attorneys for Defendant Capital One Bank
> Starnes & Atchison LLP
> Seventh Floor, 100 Brookwood Place
> Post Office Box 598512
> Birmingham, Alabama  35259-8512
> Telephone: (205) 868-6000
> Facsimile: (205) 868-6099
> E-mail:  jholly@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Thomas J. Azar, Jr.
tjazar@al-lawyers.com

> s/Jason L. Holly

{B0527275}                                2