IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-673-B |
| | ) | |
| CAPITAL ONE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In accordance with the order granting Defendant's unopposed *Motion to Extend Time to Respond to Complaint* (Doc. 4, filed August 31, 2005), it is

**ORDERED** that Defendant's deadline to respond to Plaintiff's complaint is extended to **September 20**, **2005.**

Done this 2nd day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE