IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:2:05-cv-673-F |
| | ) | |
| CAPITAL ONE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on Defendant's Second Motion to Extend Time to Respond to Complaint (Doc. # 8) filed on September 21, 2005. It is hereby

ORDERED that the Motion is GRANTED. The deadline to respond to the Complaint is extended from September 20, 2005 to September 28, 2005.

DONE this 21st day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE