IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY<br>    Plaintiff, | }<br>}<br>} | |
| v. | }<br>} | Civil Action No.:   2:05-CV-673-F |
| CAPITAL ONE,<br>    Defendant, | }<br>}<br>} | |

**APPLICATION and AFFIDAVIT FOR ENTRY OF DEFAULT**

COMES NOW, the Plaintiff, Jason Gray, by and through his attorney, and moves this Honorable Court pursuant to Rule 55(a) Federal Rules of Civil Procedure, to enter a Default Judgment for the Plaintiff and against the Defendant. As grounds, the Affiant/Attorney states:

1. My name is Thomas J. Azar, Jr., and I am licensed attorney in the State of Alabama, in good standing with the Alabama State Bar. I am admitted to practice before the United States District Court for the Middle District of Alabama, and I am in good standing therein. I am the attorney of record and represent the Plaintiff, Jason Gray, in this action against the Defendant, Capital One. I make this Affidavit and Application for Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

2. The Defendants Capital One was served with a copy of the Summons and Complaint in this matter by certified mail August 10, 2005.

3. On August 31, 2005 the Defendant by and through their counsel moved this Honorable Court for a 20 day extension to answer the Complaint. The extension was granted, and the time to answer the Complaint was extended to September 20, 2005.

4. On September 21, 2005 the Defendant by and through their counsel moved this

Honorable Court for an additional 7 day extension to answer the Complaint. The extension was granted, and the time to answer the Complaint was extended to September 28, 2005.

5. Counsel for the Defendant Capital One consulted with Counsel for the Plaintiff prior to each Motion to Extend, and Counsel for the Plaintiff agreed to the extensions to answer the complaint in this matter.

6. The Plaintiff has been more than cooperative with the Defendant while waiting for the Defendant to answer the Complaint in this matter.

7. That more than __20__ days have passed since the service of the complaint on the Defendant, Capital One. Two extensions of time have passed, and the Defendant has not answered or otherwise defended the Complaint in this matter.

8. The Plaintiff is entitled to a Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiff, Jason Gray, pray this Honorable Court for a Default Judgment to be entered against the Defendant, Capital One.

Sworn to and Subscribed by me this 29th day of September, 2005.

_____
THOMAS J. AZAR, JR. (AZA006)
Affiant and Attorney for Plaintiff

Of Counsel:

Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL 36104
Office  (334) 263-5363
Fax     (334) 263-3988
Email   tjazar@al-lawyers.com

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | : |
| MONTGOMERY COUNTY | ) |

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared **Thomas J. Azar, Jr.** who is personally known to me and who by me first duly sworn, deposes and says that he signed the above Affidavit for Default Judgment voluntarily and with full understanding of its force and effect.

_____
NOTARY PUBLIC, State at Large

My commission expires: 10/29/06

### Certificate of Service

I hereby certify that I electronically filed this Application and Affidavit for Default Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Honorable Jason L. Holly, Esq., Starnes & Atchison, LLP, P. O. Box 598512, Birmingham, AL 35259-8512, on this 29th day of September, 2005.

/s/ Thomas J. Azar, Jr.
THOMAS J. AZAR, JR. (AZA006)
Attorney for Plaintiff
Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL 36104
Office (334) 263-5362
Fax (334) 263-3988
Email tjazar@al-lawyers.com