IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cv-673-F |
| | ) | |
| CAPITAL ONE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Application and Affidavit for Entry of Default, filed on September 29, 2005 (Doc. # 10). Since the Defendant filed its Answer on September 29, 2005 (Doc. # 11), Plaintiff's Application for Entry of Default is hereby DENIED AS MOOT.

DONE this 30th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE