IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY<br>    Plaintiff, | } } } | |
| v. | } } | Civil Action No.:  2:05-CV-673-F |
| CAPITAL ONE,<br>    Defendant, | } } } | |

## REPORT OF PARTIES' PLANNING MEETING

1. <u>Appearances</u>:

Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held telephonically on November 15, 2005, and was conducted by:

    a.    Appearing on behalf of the Plaintiff, Jason Gray:  Thomas J. Azar, Jr., Esq.

    b.    Appearing on behalf of the Defendant, Capital One:  Rik. S. Tozzi, Esq.

2. **Pre-Discovery Disclosures.**  The parties will exchange by December 9, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

    a.    *Plaintiff's Statement:*   Conduct discovery on all aspects of Plaintiff's Complaint and Defendant's defenses.

    b.    *Defendant's Statement:*   Conduct discovery on all claims and allegations asserted in Plaintiff's Complaint; discovery on Plaintiff's damages.

    c.    Discovery cut-off.  Unless modified by the Court for good cause shown, all discovery must be completed by July 21, 2006.

4. **Parties.**

   a. The Plaintiff shall have until January 30, 2006 to join any additional parties.

   b. The Defendants shall have until February 28, 2006 to join any additional parties.

5. **Pleadings.**

   a. The Plaintiff shall have until January 30, 2006 to amend the pleadings.

   b. The Defendants shall have until February 28, 2006 to amend the pleadings.

6. **Dispositive Motions.**

   All dispositive motions must be filed by August 5, 2006.

7. **Expert Testimony.**

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under: Fed.R.Civ.P. 26(a)(2)(b) from any specially retained or employed expert are due:

   a. From the Plaintiff:    March 6, 2006

   b. From the Defendant:    April 10, 2006

*Discovery Limitations:*

   a. Unless modified by stipulation of the parties:

   *Depositions:*

   Maximum of 10 depositions for the plaintiff and 10 depositions For the defendants with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

   *Interrogatories:*

   Maximum of 40 by each party, with responses due within 30 days after service.

*Request for Admission:*

Maximum of 25 by each party, with responses due within 30 days after service.

*Request for Production:*

Maximum of 40 by each party, with responses due within 30 days after service.

*Supplementation*:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

8. *Pre-trial conference:*

This case will be ready for pretrial conference in September 2006.

9. *Trial:*

This case will be ready for trial by October 2006.

Trial is expected to last 1 ½ days.

10. *Final lists:*

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

a. By the plaintiff: 30 days prior to trial

b. By the defendants: 30 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

11. *Scheduling Conference:*

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted on this the 19th day of November, 2005.

| /s/   Thomas J. Azar, Jr. , Esq. | /s/   Rik. S. Tozzi, Esq. |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |

THOMAS J. AZAR, JR.  (AZA006)  
Law Office of Thomas J. Azar, Jr., LLC  
609 South McDonough Street  
Montgomery, AL  36104  
Office   (334) 263-5363  
Fax      (334) 263-3988  
Email    tjazar@al-lawyers.com  

RIK S. TOZZI  (TOZ001)  
Starnes & Atchison, LLP  
P. O. Box 598512  
Birmingham, AL 35259-8512  
Office  (205) 868-6000  
Fax     (205) 868-6099