IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON GRAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 05-CV-673-F |
| CAPITAL ONE, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW

COMES NOW, Rik S. Tozzi on behalf of Jason L. Holly and hereby requests this Court to enter an Order permitting Jason L. Holly to withdraw as counsel for the Defendant Capital One Bank, designated in the Complaint as "Capital One" in the above-styled matter. As grounds therefore, Rik S. Tozzi states as follows:

1. Jason L. Holly has left the law firm of Starnes & Atchison, LLP and will no longer be involved in the representation of Defendant Capital One.

2. Rik S. Tozzi of the law firm of Starnes & Atchison, LLP will continue to provide representation of Defendant Capital One Bank, designated in the Complaint as "Capital One".

{B0549976}

WHEREFORE, PREMISES CONSIDERED, Rik S. Tozzi respectfully requests this Court to enter an Order permitting Jason L. Holly's withdrawal of counsel for Defendant Empire General Life Assurance Corporation.

Respectfully submitted this 30th day of November, 2005.

s/ Rik S. Tozzi
RIK S. TOZZI Bar No. 7144-Z48R
Attorneys for Defendant Capital One
Starnes & Atchison LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama  35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
E-mail:  rst@starneslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Thomas J. Azar, Jr.
tjazar@al-lawyers.com

s/Rik S. Tozzi

{B0549976}                                    2