IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:05-cv-673-F |
| CAPITAL ONE, | ) ) |
| Defendant. | ) ) |

### **ORDER**

This cause is before the Court on the Motion to Withdraw filed by Rik S. Tozzi on behalf of Jason L. Holly (Doc. # 16). One attorney may not move to withdraw another attorney as counsel of record. In order to withdraw, Mr. Holly must file his own motion. Therefore, it is hereby ORDERED that the Motion to Withdraw is DENIED.

DONE this 1st day of December, 2005.

      /s/ Mark E. Fuller
      CHIEF UNITED STATES DISTRICT JUDGE