IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-673-F |
| | ) | |
| CAPITAL ONE, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Withdraw (Doc. #18) filed on January 10, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE