IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON GRAY | } | |
|     Plaintiff, | } | |
| | } | |
| v. | } | Civil Action No.:   2:05-CV-673-F |
| | } | |
| CAPITAL ONE, | } | |
|     Defendant, | } | |

### PLAINTIFF'S MOTION TO DISMISS

COMES NOW the Plaintiff, Carl D. Howell, by and through the undersigned counsel and prays this Honorable Court Dismiss the above referenced matter which is currently pending before the Court, and as ground states the parties have resolved all issues.

Respectfully submitted this 20th day of June 2006.

/s/   THOMAS J. AZAR, JR.   (AZA006)
Attorney for Plaintiff


### Certificate of Service

I hereby certify that a copy of the foregoing document was served the person or entity listed below by electronic mailon this the 20th day of June 2006.

Rik S. Tozzi, Esq.
Starnes & Atchison, LLP
P. O. Box 598512
Birmingham, AL 35259-8512

/s/   THOMAS J. AZAR, JR.   (AZA006)
Attorney for Plaintiff