IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-673-MEF |
| ) | |
| CAPITAL ONE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Dismiss (Doc. # 21).[1] Upon consideration, it is hereby ORDERED that the motion is DENIED. Pursuant to Federal Rule of Civil Procedure 41(a)(1), a stipulation of dismissal must be signed by *all* parties who have appeared in the action before the Court can enter a final judgment dismissing this case.

DONE this the 23rd day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This motion is an amended version of Doc. # 20.