IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON GRAY<br>    Plaintiff, | }<br>}<br>} |
| v. | } Civil Action No.:   2:05-CV-673-F |
| CAPITAL ONE,<br>    Defendant, | }<br>}<br>} |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Jason Gray, by and through the undersigned counsel and the Defendant, Capital One, by and through it's undersigned attorney, and pursuant to Fed.R.Civ.P. 41(a)(1), files herein this Joint Stipulation of Dismissal, stating that all matters herein have been resolved, and asking this Honorable Court to grant the dismissal.

Respectfully submitted this 26th day of June 2006.

THOMAS J. AZAR, JR. (AZA006)
Attorney for Plaintiff, Jason Gray
Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL  36104
Office  (334) 263-5363
Fax     (334) 263-3988
Email   tjazar@al-lawyers.com

RIK S. TOZZI  (TOZ001)
Attorney for Defendant, Capital One
Starnes & Atchison, LLP
P. O. Box 598512
Birmingham, AL 35259-8512
Office  (205) 868-6000
Fax     (205) 868-6099